UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY JONES, et al.,<br><br>                           Plaintiffs,<br><br>   v.<br><br>RIVERA, et al.,<br><br>                          Defendants. | Case No.  2:21-cv-01232-JAD-VCF<br><br>**ORDER** |

I.    **DISCUSSION**

Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983, and a motion for a preliminary injunction and temporary restraining order.  (ECF Nos. 1-1, 1-2.) However, Plaintiff has not paid the $402 filing fee for civil cases or filed an application to proceed *in forma pauperis*.  Plaintiff filed a declaration stating that he does not qualify for *in forma pauperis* status because he has $450 in his inmate account.  (ECF No. 1-3.)

Plaintiff has now also filed a motion to excuse the lack of a filing fee or an application to proceed *in forma pauperis*.  (ECF No. 4.)  In his motion, Plaintiff again states that he does not qualify for *in forma pauperis* status and that it would take many weeks or months to process a financial certificate to accompany an application to proceed *in forma pauperis*.  (*Id.*)

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the action without prepaying the full $402 filing fee.  An inmate may also begin a civil action by paying the full $402 civil filing fee.  If, as Plaintiff states, he does not qualify to proceed *in forma pauperis*, he must pay the full $402 filing fee to begin this action.

The Court cannot consider Plaintiff's complaint, or his motion for a preliminary injunction and temporary restraining order, until Plaintiff either pays the $402 filing fee in full or files a complete application to proceed *in forma pauperis*, showing that he qualifies

for *in forma pauperis* status. Plaintiff's motion to excuse his failure to pay the filing fee or file an application to proceed *in forma pauperis* (ECF No. 4) is denied.

Although Plaintiff states that he does not qualify to proceed *in forma pauperis*, the Court notes that to apply for *in forma pauperis* status, an inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing <u>all three</u> of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **September 7, 2021**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time.

If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **September 7, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **September 7, 2021** to proceed with this case.

- 2 -

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $402 filing fee.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion to excuse his failure to pay the filing fee or file an application to proceed *in forma pauperis* (ECF No. 4) is denied.

IT IS FURHTER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **September 7, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **September 7, 2021**, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

///

///

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No.1-1) but will not file it at this time.

DATED: 7-9-2021 _____

_____
UNITED STATES MAGISTRATE JUDGE