UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY JONES, | Case No. 2:21-cv-01232-JAD-VCF |
| Plaintiff, | ORDER |
| v. | |
| RIVERA, et al., | |
| Defendants. | |

**I.   DISCUSSION**

On July 9, 2021, the Court issued an order instructing Plaintiff, who was in the custody of the Nevada Department of Corrections ("NDOC"), that he had to either pay the full civil filing fee of $402, or file an application to proceed *in forma pauperis* by September 7, 2021. (ECF No. 5.) Plaintiff appealed the Court's order (ECF No. 8), and his appeal was denied. (ECF No. 11).

Plaintiff has not paid the filing fee for this case or filed an application to proceed *in forma pauperis*. In light of Plaintiff's *pro se* status, the Court will grant Plaintiff one final extension, until November 17, 2021, to either pay the $402 civil filing fee in full or file a complete application to proceed *in forma pauperis*. If Plaintiff does not pay the $402 civil filing fee in full or file a complete application to proceed *in forma pauperis* by November 17, 2021, this case will be subject to dismissal without prejudice.

**II.   CONCLUSION**

IT IS THEREFORE ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **November 17, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all

three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

DATED THIS 15th day of October 2021.

_____
UNITED STATES MAGISTRATE JUDGE